**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander C Baker, et al., | No. CV-21-00022-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| American Society of Composers, Authors and Publishers, et al., | |
| Defendants. | |

Plaintiffs Alexander C. Baker and Adam Bravery LLC initiated the above-entitled action on January 14, 2021. (Doc. 1.) On June 1, 2021, Adam Bravery LLC filed a Notice of Removal (Doc. 29), purporting to remove an interpleader action, *Broadcast Music Inc. v. Alexander Collin Baker et al.*, # 21STCV14842, from the California Superior Court for the County of Los Angeles. On June 11, 2021, Adam Bravery LLC filed a Motion to Dismiss the interpleader complaint. (Doc. 35.)

"Except as otherwise provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Pursuant to 28 U.S.C. § 1446(a), a defendant seeking to remove a civil action from a state court must file a notice of removal "in the district court of the United States for the district and division within which such action is pending." When a civil action is removed solely under 28 U.S.C. § 1441(a), "all defendants who have been

properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). A notice of removal is an initiating document for a civil case. *See* Electronic Case Filing Administrative Policies and Procedures Manual, Section II(B) Filing New Cases.

Adam Bravery LLC did not remove the interpleader action to the district court of the United States for the district and division in which the action was pending, nor is the notice of removal signed by all defendants in the interpleader action. Furthermore, Adam Bravery LLC did not file the notice of removal as an initial case filing. Due to the deficiencies in the notice of removal, the removal is ineffective, and the Court will strike both the notice of removal and the subsequently filed Motion to Dismiss.

Accordingly,

**IT IS ORDERED** that the Notice of Removal (Doc. 29) and the Motion to Dismiss the interpleader complaint (Doc. 35) are **struck** from the docket.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to the Clerk of the California Superior Court for the County of Los Angeles.

Dated this 16th day of June, 2021.

_____
Honorable Rosemary Márquez
United States District Judge