**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander C Baker, et al., | No. CV-21-00022-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| American Society of Composers, Authors and Publishers, et al., | |
| Defendants. | |

On December 28, 2021, this Court transferred the above-entitled action to the United States District Court for the Southern District of New York. (Doc. 44.) On February 25, 2022, Plaintiff filed a Rule 60(b) Motion for Relief from Judgment, Order or Other Proceeding. (Doc. 45.) Defendant American Society of Composers, Authors and Publishers filed a Notice (Doc. 46), informing this Court that Plaintiff had filed a nearly identical Rule 60(b) Motion in the Southern District of New York.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Plaintiff's Motion (Doc. 45) will be held in abeyance pending a ruling on the Motion that Plaintiff filed in the Southern District of New York. The parties shall notify this Court within **five (5) days** of the issuance of a ruling on Plaintiff's Motion in the Southern District of New York.

Dated this 14th day of April, 2022.

Honorable Rosemary Márquez
United States District Judge